UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GREGORY A LANDRY | CIVIL ACTION NO. 6:25-CV-00187 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Gregory A. Landry's MOTION FOR REMAND (Rec. Doc. 7) is GRANTED and this suit is remanded to the 16th Judicial District Court, St. Mary Parish, Louisiana.

Signed at Lafayette, Louisiana, this 11th day of February, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE